CLERK'S OFFICE U.S. DIST COURT
AT LYNCHBURG, VA
FILED for Roanoke
JAN 0 4 2006
JOHN F. CORCORAN, CLERK
BY: Fay Coleman
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KENNETH BRONSON HUGHES,<br><br>*Petitioner,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Respondent.* | CIVIL ACTION NO. 7:05CV00495<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Opinion, it is hereby **ADJUDGED** and **ORDERED** that respondent's Motion to Dismiss is hereby **GRANTED**; petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, is hereby **DENIED**; and this case is stricken from the active docket of the court.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ Norman K. Moon
United States District Judge

January 4, 2006
Date